

# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Jul 27, 2022 10:59AM

HARRIS INVESTIGATIONS, LLC
PO BOX 304
LANSDALE, PA 19446

| Rcpt. No: 333100234 | | Trans. Date: Jul 27, 2022 10:59AM | | | | Cashier ID: #EP |
|---|---|---|---|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DPAM322CV001163<br>**FBO**: ROBERT WALSH | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1669 | 07/27/2022 | $402.00 |

|  | Amt |
|---|---|
| Total Due: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.