

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

**U.S. Courthouse**
**P.O. Box 1148**
**235 North Washington Avenue**
**Scranton, PA 18501-1148**
**Internet Address: www.pamd.uscourts.gov**

**PETER WELSH**
**Clerk of Court**

**July 27, 2022**

Mr. Robert Walsh
P.O. Box 441
Holly Springs, GA   30142

**RE:   Walsh v. Northampton Community College, et al.   Case No. 3:22-CV-1163**
Dear Ms. Novitsky:

The court has received your documents and assigned the case number above.   Please use this number in all future filings and correspondence regarding this case.

Since you have paid the filing fee, as plaintiff, you must now serve the complaint on the defendants in accordance with Fed. R. Civ. P. 4 or obtain waivers of service under Fed. R. Civ. P. 4(d) from the defendants.

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of their current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change of address in writing.

All future filings and correspondence should be mailed to the following address: **U.S. Courthouse, P.O. Box 1148**, 235 North Washington Avenue, Scranton, PA 18501-1148

| | | |
|---|---|---|
| [ x ] | Complaint | Sincerely, |
| [   ] | Petition | PETER WELSH, Clerk of Court |
| [   ] | Other | By: DW |
| | | Deputy Clerk |