IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALSH, | : | NO. 3:22-cv-1163-JFS |
|     Plaintiff, | : | |
| v. | : | |
| NORTHAMPTON | : | |
| COMMUNITY COLLEGE, et al. | : | |
|     Defendant. | : | |

## NOTICE OF APPEARANCE

TO THE PROTHONOTARY OF SAID COURT:

Please enter my appearance for Northampton Community College in the above case.

                                       KING, SPRY, HERMAN, FREUND & FAUL

August 26, 2022                         /s/ John E. Freund, III, Esq.
                                                John E. Freund, III, Esquire
                                                jef@kingspry.com
                                                One West Broad Street
                                                Suite 700
                                                Bethlehem, PA 18018
                                                610.332.0390
                                                ID No. 25390

{01044770}