IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Walsh<br>          Plaintiff,<br><br>v.<br><br>Northampton Community College, et al.<br><br>          Defendant. | Civil Action No. 3:22-cv-1163-JFS |

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant hereby certifies that a true and correct copy of the foregoing document has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure and has been served electronically upon the following Pro Se Plaintiff of record on this day, August 26, 2022:

Robert Walsh
PO BOX 441
Holly Springs, GA 30142
robertwalsh2010@gmail.com


DATE: August 26, 2022                    By: /s/ *John E. Freund, III.*
                                                    John E. Freund, III., Esquire

{01044774}