**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I, Keith Altman, Esq., hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

Office Telephone: (248) 987-8929

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

*See Attached List

My attorney Identification number is: P81702 (Michigan)

FOR COURT USE ONLY

______GENERAL ADMISSION:

GRANTED BY THE COURT: ____________________ Date: ____________

______SPECIAL ADMISSION:

GRANTED BY THE COURT ____________________ Date: ____________

# Keith Altman List of Court Admissions

| State Court/Bar ID | Admission Date | Status |
|---|---|---|
| California/257309 | 8/25/2008 | Active |
| Michigan/P81702 | 6/21/2017 | Active |

| Federal Court/Bar ID | Admission Date | Status |
|---|---|---|
| Eastern Michigan | 12/4/2015 | Active |
| Western Michigan/CA257309 | 2011 | Active |
| District of Maryland/20234 | 12/8/2017 | Active |
| Northern California/257309 | 4/5/2011 | Active |
| Southern California/257309 | 9/4/2008 | Active |
| Central California/257309 | 2/7/2013 | Active |
| Eastern California/257309 | 8/29/2017 | Active |
| Northern New York/702338 | 12/2/2020 | Active |
| Southern Indiana/257309 | 1/20/2021 | Active |
| Northern Illinois/P81702 | 2/16/2021 | Active |
| Central Illinois/7314 | 8/13/2021 | Active |
| District of Colorado | 6/8/2009 | Active |
| District of North Dakota | 3/9/2022 | Active |
| Southern Texas/CA257309 | 3/4/2022 | Active |

| **Federal Court/Bar ID** | **Admission Date** | **Status** |
|---|---|---|
| Western Texas/257309 | 10/27/2021 | Active |

| **Appeals Court/Bar ID** | **Admission Date** | **Status** |
|---|---|---|
| First Circuit | 7/6/2022 | Active |
| Second Circuit | 3/17/2017 | Active |
| Third Circuit | 1/11/2022 | Active |
| Fourth Circuit | 4/5/2022 | Active |
| Fifth Circuit | 1/29/2020 | Active |
| Sixth Circuit | 4/16/2018 | Active |
| Eighth Circuit/17-0173 | 4/12/2017 | Active |
| Ninth Circuit/CA257309 | 5/29/2018 | Active |
| Eleventh Circuit | 2017 | Active |

| **U.S. Supreme Court/ID** | **Admission Date** | **Status** |
|---|---|---|
| U.S. Supreme Court/281811 | 1/9/2012 | Active |

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: September 07, 2022

Clerk

SEAL OF THE MICHIGAN SUPREME COURT
JUSTITIAM
DESCITE MONITI
LANSING



Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

# OF THE

# STATE OF CALIFORNIA

## *KEITH L. ALTMAN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that KEITH L. ALTMAN,* ***#257309,*** *was on the* ***25th day of August, 2008,*** *duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the* ***9th day of September 2022.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:______________________________
*Tao Zhang, Assistant Deputy Clerk III*

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do ☐, do not ☑, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain:

None.

I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

Pro Hac Vice admission to represent Plaintiff with whom I already have an attorney-client relationship with.

NAME THE PARTY YOU REPRESENT:

Robert Walsh

If special admission is requested for a particular case, please list case number and caption:

Case # 3:22-cv-01163-JFS

Caption # Robert Walsh v. Northampton Community College, et al.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)

   If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

   Conrad Benedetto, Bar ID: 34666
   1615 South Broad St., Philadelphia, PA 19148
   (215) 266-0172

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

Keith Altman
PETITIONER

P81702 (Michigan)
(Bar Identification Number and State where admitted)

September 19, 2022
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER Keith Altman

**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**CODE OF PROFESSIONAL CONDUCT**

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

*1.* The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

*2.* I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

*3.* I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

*4.* Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

*5.* I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

*6.* I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

*7.* Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

*8.* I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

*9.* Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

Keith Altman, Esq.
____________________________
Signature