IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALSH, | : | NO. 3:22-cv-1163-JFS |
| Plaintiff, | : | |
| v. | : | |
| NORTHAMPTON | : | |
| COMMUNITY COLLEGE, et al. | : | |
| Defendant. | : | |

### ORDER

It is ORDERED that counsel's Motion to Withdraw appearances Defendant's Leslie Gates and Does 1-20 is GRANTED. Counsel, John E. Freund, III., will continue to represent Defendant's Northampton Community College and Karen Angeny.

_____
J.

{01052747}