IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Walsh<br>        Plaintiff,<br><br>v.<br><br>Northampton Community College, et al.<br><br>        Defendant. | Civil Action No. 3:22-cv-1163-JFS |

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant hereby certifies that a true and correct copy of the foregoing document has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure and has been served electronically & regular mail upon the following Pro Se Plaintiff and Pro Se Defendant of record on this day, September 19, 2022.

Robert Walsh                                                          Mr. Leslie Gates
PO BOX 441                                                            334 Hallet Road
Holly Springs, GA 30142                                       East Stroudsburg, PA 18301
robertwalsh2010@gmail.com                         buddykeys2000@yahoo.com


DATE: September 19, 2022              By: /s/ *John E. Freund, III.*
                                                                      John E. Freund, III., Esquire

{01052541}