### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALSH | : | No. 3:22-CV-1163-JFS |
| Plaintiff, | : | |
| v. | : | |
| NORTHAMPTON COMMUNITY COLLEGE, ET AL., | : | TRIAL BY JURY OF TWELVE (12) DEMANDED |
| Defendants. | : | |

### **O R D E R**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Dismiss of Defendants, Northampton Community College and Karen Angeny, pursuant to Federal Rule of Civil Procedure 12(b)(6), their Brief in support thereof, and any response by Plaintiff thereto,

IT IS HEREBY ORDERED AND DECREED that the Motion of Defendants, Northampton Community College and Karen Angeny, pursuant to Federal Rule of Civil Procedure 12(b)(6), is GRANTED and Plaintiff's Complaint is DISMISSED, with prejudice.

_____
J.

{01062699}