IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH, | CIVIL NO. 3:22-CV-1163 |
| Plaintiff | Magistrate Judge Saporito |
| v. | |
| NORTHAMPTON COMMUNITY COLLEGE, et al., | |
| Defendants | |

## ORDER

AND NOW, this 2nd day of November, 2022, plaintiff having filed an amended complaint (Doc. 16), **IT IS HEREBY ORDERED THAT** the Doc. 14 motion to dismiss is rendered **MOOT**.

JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**