# EXHIBIT A

**From:** Robert Walsh (via Maxient) <notifications@maxient.com>
**Sent:** Tuesday, August 4, 2020 8:33 PM
**To:** Matt J. Connell <MConnell@northampton.edu>
**Subject:** [Maxient] IR #00009616 Other - Monroe Campus - 07/27/2020 4:30 PM

Background Information

Nature of this report
**Other**
Urgency of this report
**Not Urgent**
Date of incident
**2020-07-27**
Time of incident
**4:30 PM**
Location of incident
**Monroe Campus - Driver Training Program**

Questions

Please provide a description of the incident, behavior, or concern in as much detail as possible.
**As briefly discussed with Mr. Blair today, I am reporting sexual related harassment toward me by an instructor in the driver training program. This field driven form doesn't allow for full reporting, so I will wait to discuss with someone from the Title IX Coordinator office.**

Submitted By

Your full name
**Robert Walsh**
Your position/title

Your email address
**robertwalsh2010@gmail.com**
Your phone number
**6108496207**
Your physical address

Routing Information

Primary recipient:
**Belinda Austin (Associate Dean, Monroe Campus)**
Copied recipients:
• Matt Connell
Text msg recipients: None
Originating IP address: 131.106.60.143
Submitted through IR layout #5
Processed by routing rule #27

Message sent by Maxient
Replies will be sent to the submitter (**robertwalsh2010@gmail.com**).