# EXHIBIT B



Human Resources

September 14, 2020

Mr. Robert Walsh

robertwalsh2010@gmail.com

**Re: Title IX Investigation**

Mr. Walsh,

I have reviewed the investigation report regarding the Title IX complaint filed by you against Mr. Gates. Based on the findings and the evidence provided, I have concluded that it is more likely than not that Mr. Gates violated College Policy 2.05 Title IX of the Education Amendments Act of 1972 and Title VI of the Civil Rights Act of 1964 – Discrimination, Harassment, and Sexual Misconduct Policy.

Appeals of the decision of the Executive Director of Human Resources may be filed by the Reporting Party, the Responding Party or both. All requests for appeal considerations must be submitted in writing to the Title IX Coordinator within five business days of the date of the final written notice.

Appeals are limited to allegations of the following:

- A procedural error or omission occurred that significantly impacted the outcome.
- There is new evidence, unknown or unavailable during the investigation, that could substantially impact the finding or sanction. A summary of this new evidence and its potential impact upon the investigation must be included in the appeal.
- The sanctions imposed are substantially disproportionate to the severity of the violation.

Regards,

*Karen Angeny*

Karen Angeny

Executive Director, Human Resources and Interim Title IX Coordinator

KA:agw