# EXHIBIT C

Form MCSA-5875

OMB No. 2126-0006   Expiration Date: 11/30/2021

**Public Burden Statement**
A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 25 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

# Medical Examination Report Form
(for Commercial Driver Medical Certification)

**MEDICAL RECORD #**

_(or sticker)_

**SECTION 1. Driver Information** _(to be filled out by the driver)_

## PERSONAL INFORMATION

Last Name: Walsh         First Name: Robert         Middle Initial: P    Date of Birth: ▓▓▓  Age: 54

Street Address: ▓▓▓    City: ▓▓▓    State/Province: ▓▓    Zip Code: ▓▓▓

Driver's License Number: ▓▓▓    Issuing State/Province: ▓▓    Phone: ▓▓▓    Gender: ● M  ○ F

E-mail _(optional)_: _____    CLP/CDL Applicant/Holder*: ● Yes  ○ No

Driver ID Verified By**: CDL

Has your USDOT/FMCSA medical certificate ever been denied or issued for less than 2 years?  ○ Yes  ● No  ○ Not Sure

*CLP/CDL Applicant/Holder: See instructions for definitions.

**Driver ID Verified By: Record what type of photo ID was used to verify the identity of the driver, e.g., CDL, driver's license, passport.

## DRIVER HEALTH HISTORY

Have you ever had surgery? If "yes," please list and explain below.    ● Yes  ○ No  ○ Not Sure

Vasectomy

Are you currently taking medications _(prescription, over-the-counter, herbal remedies, diet supplements)_? If "yes," please describe below.    ○ Yes  ● No  ○ Not Sure

_(Attach additional sheets if necessary)_

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

Page 1

**Form MCSA-5875**  OMB No. 2126-0006  Expiration Date: 11/30/2021

Last Name: Walsh     First Name: Robert     DOB: ▮▮▮▮     Exam Date: 02/24/2020

## DRIVER HEALTH HISTORY (continued)

**Do you have or have you ever had:**

| # | Condition | Yes | No | Not Sure |
|---|---|---|---|---|
| 1 | Head/brain injuries or illnesses (e.g., concussion) | ○ | ● | ○ |
| 2 | Seizures, epilepsy | ○ | ● | ○ |
| 3 | Eye problems (except glasses or contacts) | ○ | ● | ○ |
| 4 | Ear and/or hearing problems | ○ | ● | ○ |
| 5 | Heart disease, heart attack, bypass, or other heart problems | ○ | ● | ○ |
| 6 | Pacemaker, stents, implantable devices, or other heart procedures | ○ | ● | ○ |
| 7 | High blood pressure | ○ | ● | ○ |
| 8 | High cholesterol | ○ | ● | ○ |
| 9 | Chronic (long-term) cough, shortness of breath, or other breathing problems | ○ | ● | ○ |
| 10 | Lung disease (e.g., asthma) | ○ | ● | ○ |
| 11 | Kidney problems, kidney stones, or pain/problems with urination | ○ | ● | ○ |
| 12 | Stomach, liver, or digestive problems | ○ | ● | ○ |
| 13 | Diabetes or blood sugar problems | ○ | ● | ○ |
|  | Insulin used | ○ | ● | ○ |
| 14 | Anxiety, depression, nervousness, other mental health problems | ● | ○ | ○ |
| 15 | Fainting or passing out | ○ | ● | ○ |
| 16 | Dizziness, headaches, numbness, tingling, or memory loss | ○ | ● | ○ |
| 17 | Unexplained weight loss | ○ | ● | ○ |
| 18 | Stroke, mini-stroke (TIA), paralysis, or weakness | ○ | ● | ○ |
| 19 | Missing or limited use of arm, hand, finger, leg, foot, toe | ○ | ● | ○ |
| 20 | Neck or back problems | ○ | ● | ○ |
| 21 | Bone, muscle, joint, or nerve problems | ○ | ● | ○ |
| 22 | Blood clots or bleeding problems | ○ | ● | ○ |
| 23 | Cancer | ○ | ● | ○ |
| 24 | Chronic (long-term) infection or other chronic diseases | ○ | ● | ○ |
| 25 | Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring | ○ | ● | ○ |
| 26 | Have you ever had a sleep test (e.g., sleep apnea)? | ○ | ● | ○ |
| 27 | Have you ever spent a night in the hospital? | ○ | ● | ○ |
| 28 | Have you ever had a broken bone? | ○ | ● | ○ |
| 29 | Have you ever used or do you now use tobacco? | ○ | ● | ○ |
| 30 | Do you currently drink alcohol? | ○ | ● | ○ |
| 31 | Have you used an illegal substance within the past two years? | ○ | ● | ○ |
| 32 | Have you ever failed a drug test or been dependent on an illegal substance? | ○ | ● | ○ |

Other health condition(s) not described above:   ○ Yes  ● No  ○ Not Sure

Did you answer "yes" to any of questions 1-32? If so, please comment further on those health conditions below.   ● Yes  ○ No  ○ Not Sure

Anxiety taking medicine

*(Attach additional sheets if necessary)*

### CMV DRIVER'S SIGNATURE

I certify that the above information is accurate and complete. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate, that submission of fraudulent or intentionally false information is a violation of 49 CFR 390.35, and that submission of fraudulent or intentionally false information may subject me to civil or criminal penalties under 49 CFR 390.37 and 49 CFR 386 Appendices A and B.

Driver's Signature: *[signature]*     2/24/2020 11:22:18 AM     Date: 02/24/2020

### SECTION 2. Examination Report *(to be filled out by the medical examiner)*

#### DRIVER HEALTH HISTORY REVIEW

*Review and discuss pertinent driver answers and any available medical records. Comment on the driver's responses to the "health history" questions that may affect the driver's safe operation of a commercial motor vehicle (CMV).*

Anxiety, taking Xanax occasionally

*(Attach additional sheets if necessary)*

Page 2

Form MCSA-5875                                          OMB No. 2126-0006   Expiration Date: 11/30/2021

| Last Name: Walsh | First Name: Robert | DOB: [redacted] | Exam Date: 02/24/2020 |
|---|---|---|---|

## TESTING

Pulse rate: 90    Pulse rhythm regular: ● Yes ○ No    Height: 5.0 feet 10.00 inches   Weight: 229.0 pounds

| Blood Pressure | Systolic | Diastolic | Urinalysis | Sp. Gr. | Protein | Blood | Sugar |
|---|---|---|---|---|---|---|---|
| Sitting | 140 | 90 | Urinalysis is required. Numerical readings must be recorded. | 1.005 | negative (0) | negative (0) | negative (0) |
| Second reading (optional) | | | | | | | |

Other testing if indicated

*Protein, blood, or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.*

### Vision

*Standard is at least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° field of vision in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.*

| Acuity | Uncorrected | Corrected | Horizontal Field of Vision | |
|---|---|---|---|---|
| Right Eye: | 20/ 15 | 20/ | Right Eye: 90 | degrees |
| Left Eye: | 20/ 13 | 20/ | Left Eye: 90 | degrees |
| Both Eyes: | 20/ 13 | 20/ | | |

|  | Yes | No |
|---|---|---|
| Applicant can recognize and distinguish among traffic control signals and devices showing red, green, and amber colors | ● | ○ |
| Monocular vision | ○ | ● |
| Referred to ophthalmologist or optometrist? | ○ | ● |
| Received documentation from ophthalmologist or optometrist? | ○ | ● |

### Hearing

*Standard: Must first perceive whispered voice at not less than 5 feet OR average hearing loss of less than or equal to 40 dB, in better ear (with or without hearing aid).*

Check if hearing aid used for test: ○ Right Ear  ○ Left Ear  ● Neither

**Whisper Test Results**                                        Right Ear   Left Ear

Record distance *(in feet)* from driver at which a forced whispered voice can first be heard        5.0         5.0

OR

**Audiometric Test Results**

| Right Ear | | | Left Ear | | |
|---|---|---|---|---|---|
| 500 Hz | 1000 Hz | 2000 Hz | 500 Hz | 1000 Hz | 2000 Hz |
| | | | | | |

Average (right): _____    Average (left): _____

## PHYSICAL EXAMINATION

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen, or is readily amenable to treatment. Even if a condition does not disqualify a driver, the Medical Examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible, particularly if neglecting the condition could result in a more serious illness that might affect driving.

Check the body systems for abnormalities.

| Body System | Normal | Abnormal | Body System | Normal | Abnormal |
|---|---|---|---|---|---|
| 1. General | ● | ○ | 8. Abdomen | ● | ○ |
| 2. Skin | ● | ○ | 9. Genito-urinary system including hernias | ● | ○ |
| 3. Eyes | ● | ○ | 10. Back/Spine | ● | ○ |
| 4. Ears | ● | ○ | 11. Extremities/joints | ● | ○ |
| 5. Mouth/throat | ● | ○ | 12. Neurological system including reflexes | ● | ○ |
| 6. Cardiovascular | ● | ○ | 13. Gait | ● | ○ |
| 7. Lungs/chest | ● | ○ | 14. Vascular system | ● | ○ |

*Discuss any abnormal answers in detail in the space below and indicate whether it would affect the driver's ability to operate a CMV. Enter applicable item number before each comment.*

normal exam

*(Attach additional sheets if necessary)*

**Form MCSA-5875**  OMB No. 2126-0006   Expiration Date: 11/30/2021

| Last Name: Walsh | First Name: Robert | DOB: ▮ | Exam Date: 02/24/2020 |
|---|---|---|---|

*Please complete only one of the following (Federal or State) Medical Examiner Determination sections:*

### MEDICAL EXAMINER DETERMINATION (Federal)

*Use this section for examinations performed in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49):*

○ Does not meet standards *(specify reason):* _____

● Meets standards in 49 CFR 391.41; qualifies for 2-year certificate

○ Meets standards, but periodic monitoring required *(specify reason):* _____

  Driver qualified for:  ○ 3 months   ○ 6 months   ○ 1 year   ○ other *(specify):* _____

☐ Wearing corrective lenses   ☐ Wearing hearing aid   ☐ Accompanied by a waiver/exemption *(specify type):* _____
☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate   ☐ Qualified by operation of 49 CFR 391.64 *(Federal)*
☐ Driving within an exempt intracity zone *(see 49 CFR 391.62) (Federal)*

○ Determination pending *(specify reason):* _____

  ☐ Return to medical exam office for follow-up on *(must be 45 days or less):* _____
  ☐ Medical Examination Report amended *(specify reason):* _____

  *(if amended)* Medical Examiner's Signature: _____   Date: _____

○ Incomplete examination *(specify reason):* _____

> **If the driver meets the standards outlined in 49 CFR 391.41, then complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h), as appropriate.**

I have performed this evaluation for certification. I have personally reviewed all available records and recorded information pertaining to this evaluation, and attest that to the best of my knowledge, I believe it to be true and correct.

Medical Examiner's Signature: *[signature]*   2/24/2020 12:24:14 PM

Medical Examiner's Name *(please print or type):* Ge Ma, MD

| Medical Examiner's Address: 200 Stryker's Road | City: Phillipsburg | State: NJ | Zip Code: 08865 |
|---|---|---|---|

Medical Examiner's Telephone Number: (908) 847-1035   Date Certificate Signed: 02/24/2020

Medical Examiner's State License, Certificate, or Registration Number: 25MA09874200   Issuing State: NJ

☑ MD  ☐ DO  ☐ Physician Assistant  ☐ Chiropractor  ☐ Advanced Practice Nurse
☐ Other Practitioner *(specify):* _____

| National Registry Number: 1745137017 | Medical Examiner's Certificate Expiration Date: 02/24/2022 |
|---|---|