# EXHIBIT D

Name: Robert Walsh

Date: 10/8/19

## CDL Program Questionnaire – FMCSA

1. Where did you hear about the FMCSA grant?

   ✓ Career Link: _____

   ___ Personal Reference: _____

   ___ Flyer: _____

   ✓ Other: _Lehigh Valley Live_

2. Why do you want to become a truck driver?

   empty nester. flexible schedule

3. What are you looking to get out of the CDL training program?

   Secure A License, learn skills

4. What are your short term and long term career goals? Please be specific.

   Short - complete program & seek employment
   Long - term - find secure driving job

5. What are the barriers that would prevent you from attending classes for the entire length of the class time?

   None

6. What are the barriers that would prevent you from obtaining and retaining a job as a driver (background issues or personal obligations)?