**EXHIBIT E**

Preferred Pronouns: He, Him, His...
Support HeForShe – visit heforshe.org for details

-----Original Message-----
From: Robert Walsh <robertwalsh2010@gmail.com>
Sent: Monday, August 3, 2020 1:32 PM
To: Scott J. Blair <sblair@northampton.edu>
Subject: Title IX Issue

Dear Mr. Blair -

I tried phoning you and received your voice mail. I didn't leave a message, but thought I would send a written communication instead.

It is my understanding that you are the top person at NCC to speak with regarding a potential Title IX violation(s), I have experienced as a current student.

I have also reach out to an attorney for advice; however, I wanted to touch base with your office as to the procedure for filing a compliant regarding my concerns.

Please contact me at your earliest convenience.

Thanks!

Bob Walsh
610.849.6207