# EXHIBIT F

| | |
|---|---|
| **From:** | Robert Walsh |
| **To:** | Karen Angeny |
| **Subject:** | Conversation Follow-up |
| **Date:** | Monday, September 21, 2020 2:06:12 PM |

Dear Ms. Angeny -

I am following up from our conversation about two weeks ago regarding your findings of my Title IX compliant.

During that conversation, I raised other safety and health issues at the Pocono campus and the Nazareth training location. Some of the concerns were raised in my initial letter while others I shared with you during our conversation. You informed me you were going share with me how the college addressed each and every concern. I was wondering when I was going to receive that written communication.

I also inquired as to my options on finishing the program and to the extent of what provisions would be made to ensure my concerns are addressed.

Thank you for your attention to this matter.

Kindly,

Robert Walsh
610.849.6207