**EXHIBIT G**

**From:** Karen Angeny
**To:** Karen Angeny
**Subject:** FW: Conversation Follow-up
**Date:** Wednesday, June 1, 2022 2:38:45 PM

**From:** Karen Angeny
**Sent:** Monday, September 21, 2020 4:37 PM
**To:** Robert Walsh <robertwalsh2010@gmail.com>
**Subject:** RE: Conversation Follow-up

Hi Robert,

I apologize for the delay in getting back to you. There were multiple people I needed to speak with to ensure that the other safety and health concerns you raised have been addressed.

All of the concerns you raised have now been addressed.

### 1) Lack of restroom facility
At Monroe we have provided access to the locker room restrooms and the ADA compliant family restroom that is located within 500 feet of the training site. The area around the pallets has been cleaned with a bleach and water solution and students are directed to use the restrooms only. Since this issue was brought to our attention there has been no problem with doors being locked for students or staff who need to access restrooms at Monroe.
In Bethlehem we have installed a restroom (similar to a port-a-potty) in the office trailer.

### 2) Lack of compliance with non-smoking policy.
Smoking is prohibited on campus grounds unless it is in one's own personal vehicle or in the designated smoking area on campus (the Gazebo). None of the current instructors smoke and this rule is enforced with the students.

### 3) Lack of ADA access to the trailer where the class was being taught
The trailer has two sets of stairs, one for entering and one for exiting. If a student broke a leg or developed a mobility issue during the classroom portion of the instruction, the class would be moved to a regular ADA compliant classroom on the Bethlehem campus, it would not be held at the office trailer.

### 4) Lack of adherence to mask wearing and social distancing
Students and staff are regularly reminded that masks are required and must be worn at all times. This is enforced regularly by Public Safety and the instructors.

I contacted Tina Frindt to let her know you may be interested in finishing the course on the Bethlehem campus and she asked me to find out if you would be interested in attending during the day or in the evening. Let me know and I can have Tina reach out to you directly with the details.

Thank you,
Karen