IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALSH, | : | CIVIL NO. 3:22-CV-1163 |
| Plaintiff | : | (Judge Mannion) |
| v. | : | (Magistrate Judge Saporito) |
| NORTHAMPTON COMMUNTY COLLEGE, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW, this 16th day of November, 2022, IT IS HEREBY ORDERED THAT** the Clerk of Court shall issue summons in the above-captioned action and provide same to plaintiff's counsel for service of the amended complaint upon defendant Leslie Gates.

JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**