# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH, | |
| Plaintiff, | CIVIL ACTION NO. 3:22-cv-01163 |
| v. | (MANNION, J.) |
| | (SAPORITO, M.J.) |
| NORHAMPTON COMMUNITY COLLEGE, et al., | |
| Defendants. | |

*FILED WILKES BARRE NOV 16 2022 PER m4 DEPUTY CLERK*

## ORDER

AND NOW, this __16th__ day of November, 2022, having reviewed the recently filed answer of defendants Northampton Community College and Karen Angeny (Doc. 19), and in light of the substantial amount of new matter pleaded therein, **IT IS HEREBY ORDERED THAT** the plaintiff shall file and serve a reply to that answer **within twenty-one (21) days** after entry of this order. *See* Fed. R. Civ. P. 12(a)(1)(C).

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge