AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-CV-01163-JFS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Leslie Gates

was received by me on *(date)*   November 16, 2022 .

☑ I personally served the summons on the individual at *(place)*   334 Hallet Road, East Stroudsburg, PA 18301 at 1:09pm on *(date)* November 22, 2022; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .


I declare under penalty of perjury that this information is true.

Date:   11-22-2022

_____
Server's signature

Roger Metzgar, PA State Constable
*Printed name and title*


1350 Uhler Rd PMB105, Easton PA 18040
*Server's address*

Additional information regarding attempted service, etc:  Amended Complaint and Jury Demand were also served.