# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT WALSH,

    *Plaintiff,*

v.

NORTHAMPTON COMMUNITY COLLEGE, et al.

    *Defendants.*

Case No. 3:22-cv-01163-JFS

---

## CERTIFICATE OF SERVICE

I do hereby certify that on December 7, 2022, I caused a true and correct copy of Plaintiff's Opposition to Defendants' Answer, Affirmative Defenses and Crossclaim to be mailed via U.S. First Class Mail, postage paid, to the following:

    Mr. Leslie Gates
    334 Hallet Road
    East Stroudsburg, PA 18301
    *Pro Se Defendant*

Date: December 7, 2022

Respectfully Submitted,

Keith Altman, Esq. (*pro hac vice*)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334

Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Conrad Benedetto, Bar ID 34666
BENEDETTO LEGAL ASSOCIATES
1615 South Broad Street
Philadelphia, Pennsylvania 19148
Telephone: (215) 389-1900
benedettolegalassociates@gmail.com

*Attorneys for Plaintiff*

2