IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALSH, | : | CIVIL NO. 3:22-CV-1163 |
| | : | |
| Plaintiff | : | (Judge Mannion) |
| | : | |
| v. | : | (Magistrate Judge Saporito) |
| | : | |
| NORTHAMPTON | : | |
| COMMUNTY COLLEGE, et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

FILED
WILKES-BARRE

JAN 05 2023

PER _____

DEPUTY CLERK

**AND NOW, this 5th day of January, 2023, IT IS HEREBY**

**ORDERED THAT:**

1.      A telephonic joint case management conference shall be

conducted in the above-captioned action on **January 23, 2023, at 10:00**

**a.m.**

2.      Counsel and *pro* se parties shall utilize the following

information to access the conference:

**Toll-Free Number: (888) 251-2909**
**Access Code: 2052706**

3.      Prior to the conference, counsel shall confer for the purpose

of completing the attached scheduling order.  The completed order shall

be FAXED to telephone number 570-821-4009.

4.    The completed order must be received by the undersigned at least three (3) business days prior to the date of the conference.


JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALSH, | : | CIVIL NO. 3:22-CV-1163 |
| | : | |
| Plaintiff | : | (Judge Mannion) |
| | : | |
| v. | : | (Magistrate Judge Saporito) |
| | : | |
| NORTHAMPTON | : | |
| COMMUNTY COLLEGE, et al., | : | |
| | : | |
| Defendants | : | |

## SCHEDULING ORDER

**AND NOW, this ____ day of January, 2023**, following the case

management conference held on this date, **IT IS HEREBY ORDERED**

**THAT** the following case management deadlines are established in the

above-captioned action:

1. **Joinder of Parties.** Any joinder of parties shall be

accomplished by _____.

2. **Amendments.** Amendments to the pleadings shall be filed

by _____. Said amendment shall be accompanied by either

motion or written consent by adverse party, as required by Rule 15(a),

Fed.R.Civ.P.

3.    **Discovery**. All discovery shall be completed by

_____.

4.    **Expert Reports**. Reports of Plaintiff's retained experts

shall be produced by _____. Reports of Defendants'

retained experts shall be produced by _____.

Supplementations shall be due _____.

Counsel are reminded that discovery disputes will be handled as

follows: In the first instance, counsel should discuss, in good faith, an

equitable resolution of their discovery disagreements. If this good faith

discussion is unsuccessful, <u>counsel shall place on the docket</u> a letter

describing the nature of the discovery dispute, and the Court shall

promptly schedule a conference call among all parties to discuss and

resolve the dispute. If, after the conference call, the Court believes the

issues need briefing by the parties, it will set down an appropriate

briefing schedule. No written discovery motions are to be filed without

leave of Court, and even then only following the above-noted procedure.

5.    **Dispositive Motions**. All case dispositive motions shall be

filed by _____.

6.    **Final Pretrial Conference and Trial**.  Counsel have advised that they anticipate the case will be trial ready in

_____ .

The final pretrial conference and trial dates will be determined after the dispositive motion deadline has expired.

_____
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**