UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT WALSH,

       *Plaintiff,*

v.

NORTHAMPTON COMMUNITY COLLEGE, KAREN ANGENY (in her capacity as Interim Title IX Coordinator), LESLIE GATES (individually and in his capacity as Instructor for Northampton Community College), and DOES 1-20, inclusive,

       *Defendants.*

Case No. 3:22-cv-01163-JFS

**REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT LESLIE GATES**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, Robert Walsh submits the following Request for Default against Defendant Leslie Gates. In support of this request Plaintiff relies upon the record in this case and the supportive affidavit submitted herein.

Date: February 16, 2023

Respectfully Submitted,

*/s/ Keith Altman*
Keith Altman, Esq. (*pro hac vice*)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Conrad Benedetto, Bar ID 34666
BENEDETTO LEGAL ASSOCIATES

                                                1615 South Broad Street  
                                                Philadelphia, Pennsylvania 19148  
                                                Telephone: (215) 389-1900  
                                                benedettolegalassociates@gmail.com

*Attorneys for Plaintiff*