UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH,<br><br>    *Plaintiff,*<br><br>v.<br><br>NORTHAMPTON COMMUNITY COLLEGE, KAREN ANGENY (in her capacity as Interim Title IX Coordinator), LESLIE GATES (individually and in his capacity as Instructor for Northampton Community College), and DOES 1-20, inclusive,<br><br>    *Defendants.* | Case No. 3:22-cv-01163-JFS |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

Plaintiff's counsel hereby declares as follows:

1. Plaintiff filed his complaint on July 27, 2022.

2. Plaintiff filed an Amended Complaint on November 11, 2022.

3. A Summons for service on Defendant Leslie Gates was issued on November 16, 2022.

4. Defendant Leslie Gates was served with a copy of the Summons and Amended Complaint on November 22, 2022, as reflected on the docket sheet by the Proof of Service filed on November 23, 2022. (ECF 023).

5. Plaintiff has done their due diligence, and from all available records Defendant Leslie Gates does not appear to be in the military and unavailable for service.

6. To the best of Plaintiff's knowledge, Defendant Leslie Gates is not an

infant/juvenile, nor incompetent.

7. An answer to the Amended Complaint was due on December 13, 2022.

8. Defendant Leslie Gates has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

9. Defendant Leslie Gates is indebted to Plaintiff, in the following manner: Defendant Leslie Gates violated Plaintiff's rights, the harassment was so severe that it caused Plaintiff to lose out on his paid for education at Defendant Northampton Community College. As a result, Plaintiff has lost wages and other earnings. Defendant Leslie Gates failed to initiate a Title IX investigation as required by federal law resulting in further harm to Plaintiff. As a result, Plaintiff has suffered severe emotional distress.

WHEREFORE, Plaintiff requests that the default of Defendant Leslie Gates be noted, and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: February 16, 2023

Keith Altman, Esq.
*Attorney for Plaintiff*