# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH,<br><br>      *Plaintiff,*<br><br>v.<br><br>NORTHAMPTON COMMUNITY COLLEGE, KAREN ANGENY (in her capacity as Interim Title IX Coordinator), LESLIE GATES (individually and in his capacity as Instructor for Northampton Community College), and DOES 1-20, inclusive,<br><br>      *Defendants.* | Case No. 3:22-cv-01163-JFS |

## **CERTIFICATE OF DEFAULT**

Plaintiff Robert Walsh requests that the Clerk of Court enter default against Defendant Leslie Gates pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant Leslie Gates has failed to appear, plead or otherwise defend, the default of Defendant Leslie Gates is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

_____      _____

Dated                                Clerk of Court, United States District Court