**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT WALSH, | |
| *Plaintiff,* | Case No. 3:22-cv-01163-JFS |
| v. | |
| NORTHAMPTON COMMUNITY COLLEGE, et al. | |
| *Defendants.* | |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of Plaintiff's Request for Entry of Default has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure and has been served electronically upon the following on this the 16th day of February 2023.

> John E. Freund, III, Esq., Attorney ID # 25390
> Jody A. Mooney, Esq., Attorney ID# 325722
> KING, SPRY, HERMAN, FREUND, & FAUL, LLC
> One West Broad Street, Suite 700
> Bethlehem, Pennsylvania 18018
> jef@kingspry.com
> *Attorneys for Defendants*

I further certify that on February 16, 2023, I caused a true and correct copy of Plaintiff's Request for Entry of Default to be mailed via U.S. First Class Mail, postage paid, to the following:

Mr. Leslie Gates
334 Hallet Road
East Stroudsburg, PA 18301
*Pro Se Defendant*


Date: February 16, 2023                              Respectfully Submitted,

                                                      /s/ Keith Altman
                                                      Keith Altman, Esq. (*pro hac vice*)
                                                      LAW OFFICE OF KEITH ALTMAN
                                                      33228 West 12 Mile Road, Suite 375
                                                      Farmington Hills, Michigan 48334
                                                      Telephone: (248) 987-8929
                                                      keithaltman@kaltmanlaw.com

                                                      Conrad Benedetto, Bar ID 34666
                                                      BENEDETTO LEGAL ASSOCIATES
                                                      1615 South Broad Street
                                                      Philadelphia, Pennsylvania 19148
                                                      Telephone: (215) 389-1900
                                                      benedettolegalassociates@gmail.com

                                                      *Attorneys for Plaintiff*