# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH,<br><br>    *Plaintiff,*<br><br>v.<br><br>NORTHAMPTON COMMUNITY COLLEGE, KAREN ANGENY (in her capacity as Interim Title IX Coordinator), LESLIE GATES (individually and in his capacity as Instructor for Northampton Community College), and DOES 1-20, inclusive,<br><br>    *Defendants.* | Case No. 3:22-cv-01163-JFS |

## MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT LESLIE GATES

Comes now Plaintiff, Robert Walsh, and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against Defendant Leslie Gates. In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

Date: February 23, 2023

Respectfully Submitted,

*/s/ Keith Altman*
Keith Altman, Esq. (*pro hac vice*)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Conrad Benedetto, Bar ID 34666
BENEDETTO LEGAL ASSOCIATES
1615 South Broad Street

Philadelphia, Pennsylvania 19148
Telephone: (215) 389-1900
benedettolegalassociates@gmail.com

*Attorneys for Plaintiff*