# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH,<br><br>    *Plaintiff,*<br><br>v.<br><br>NORTHAMPTON COMMUNITY COLLEGE, KAREN ANGENY (in her capacity as Interim Title IX Coordinator), LESLIE GATES (individually and in his capacity as Instructor for Northampton Community College), and DOES 1-20, inclusive,<br><br>    *Defendants.* | Case No. 3:22-cv-01163-JFS |

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Keith Altman, Esq., declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. The Amended Complaint was served on Defendant Leslie Gates ("Defendant Gates") on November 22, 2022, no response has been served within the time allowed by law nor has Defendant Gates sought additional time within which to respond.

3. Default was entered against Defendant Gates on February 22, 2023 (Doc. 32).

4. The claim of the Plaintiff is for the sum of $300,000.00 (three hundred thousand dollars) plus interest from the date of the judgment as provided by law, together with the costs of this action.

Dated: February 23, 2023

                                      Keith Altman, Esq.
                                      *Attorney for Plaintiff*