## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH, | |
| *Plaintiff,* | Case No. 3:22-cv-01163-JFS |
| v. | |
| NORTHAMPTON COMMUNITY COLLEGE, KAREN ANGENY (in her capacity as Interim Title IX Coordinator), LESLIE GATES (individually and in his capacity as Instructor for Northampton Community College), and DOES 1-20, inclusive, | |
| *Defendants.* | |

## [PROPOSED] DEFAULT JUDGMENT

Defendant, Leslie Gates ("Defendant Gates"), having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon affidavit that Defendant Gates is indebted to Plaintiff in the principal sum of $300,000.00 (three hundred thousand dollars) plus interest thereon; that Defendant Gates has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff, Robert Walsh, recover from Defendant Leslie Gates, the sum of $300,000.00 (three hundred thousand dollars), plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

_____          _____

Dated                            Clerk of Court, United States District Court