## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH,<br><br>   *Plaintiff,*<br>v.<br><br>NORTHAMPTON COMMUNITY COLLEGE, et al.<br><br>   *Defendants.* | Case No. 3:22-cv-01163-JFS |

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of Plaintiff's Motion for Default Judgment has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure and has been served electronically upon the following on this the 23rd day of February 2023.

 John E. Freund, III, Esq., Attorney ID # 25390
 Jody A. Mooney, Esq., Attorney ID# 325722
 KING, SPRY, HERMAN, FREUND, & FAUL, LLC
 One West Broad Street, Suite 700
 Bethlehem, Pennsylvania 18018
 jef@kingspry.com
 *Attorneys for Defendants*

I further certify that on February 23, 2023, I caused a true and correct copy of Plaintiff's Motion for Default Judgment to be mailed via U.S. First Class Mail, postage paid, to the following:

Mr. Leslie Gates
334 Hallet Road
East Stroudsburg, PA 18301
*Pro Se Defendant*

Date: February 23, 2023

Respectfully Submitted,

*/s/ Keith Altman*
Keith Altman, Esq. (*pro hac vice*)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Conrad Benedetto, Bar ID 34666
BENEDETTO LEGAL ASSOCIATES
1615 South Broad Street
Philadelphia, Pennsylvania 19148
Telephone: (215) 389-1900
benedettolegalassociates@gmail.com

*Attorneys for Plaintiff*