IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WALSH | : | No. 3:22-CV-1163-JFS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COMMUNITY COLLEGE, ET AL., | : | |
| | : | |
| Defendants. | : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE PROTHONOTARY OF SAID COURT:

Please enter my appearance for Northampton Community College in the above-captioned matter.

        Respectfully submitted,
        KING, SPRY, HERMAN, FREUND & FAUL, LLC

        By: /s/Jody A. Mooney

        Jody A. Mooney, Esq. / ID #87418
        King, Spry, Herman, Freund & Faul, LLC
        One West Broad Street, Suite 700
        Bethlehem, PA  18018
        610-332-0390
        610-332-0314
        Jmooney@kingspry.com

DATE: April 4, 2023

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Defendant hereby certifies that a true and correct copy of the foregoing document has been electronically filed and is available for viewing and downloading from the ECF system in accordance with the local Federal Rules of Civil Procedure and has been served electronically & regular mail upon the following on this day, April 4, 2023:

Mr. Leslie Gates
334 Hallet Road
East Stroudsburg, PA 18301
buddykeys2000@yahoo.com

Keith Altman, Esquire
The Law Office of Keith Altman
33228 West 12 Mile Road
Suite 375

                    Respectfully submitted,
                    KING, SPRY, HERMAN, FREUND & FAUL, LLC

                  By: /s/Jody A. Mooney
                      Jody A. Mooney, Esq. / ID #87418
                      King, Spry, Herman, Freund & Faul, LLC
                      One West Broad Street, Suite 700
                      Bethlehem, PA  18018
                      610-332-0390
                      610-332-0314
                      Jmooney@kingspry.com

DATE: April 4, 2023

{01111132}