UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WALSH, | |
| Plaintiff, | CIVIL ACTION NO. 3:22-cv-01163 |
| v. | (MANNION, J.) <br> (SAPORITO, M.J.) |
| NORHAMPTON COMMUNITY COLLEGE, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 28th day of April, 2023, **IT IS HEREBY ORDERED THAT** the plaintiff shall file a brief in support of his motion for default judgment (Doc. 33) **within seven (7) days** after entry of this order. Failure to timely file a brief in support will result in the motion being deemed withdrawn, *see* L.R. 7.5, and stricken from the record.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge